UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTEN GAMB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.  25-cv-06529-SVK<br><br>**ORDER TO SHOW CAUSE RE MINOR'S COMPROMISE**<br><br>Re: Dkt. Nos. 1, 17 |

On December 12, 2025, the Court granted Plaintiff L.G.P.'s petitions for appointment of Kristen Gamb as L.G.P.'s guardian *ad litem* and approval of the proposed minor's compromise. Dkt. 17.  Plaintiff's minor's compromise, as approved, stated that he would dismiss this case with prejudice within two days of the Court's approval.  Dkt. 17 at 8.

Accordingly, the Court hereby re-sets the Parties' deadline for dismissal.  If a dismissal is not filed by **February 3, 2026**, the Parties shall file a joint statement in response to this Order to Show Cause no later than that day advising as to (1) the status of the Parties efforts to finalize settlement and (2) how much additional time is requested to finalize the settlement and file the dismissal.  The Parties shall then appear for a hearing **on February 10, 2026 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed.

**SO ORDERED.**

Dated: January 6, 2026

SUSAN VAN KEULEN
United States Magistrate Judge